IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CILAG GMBH INTERNATIONAL, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 22-589-RGA-SRF |
| | : |
| HOSPIRA WORLDWIDE, LLC, et al., | : |
| | : |
| Defendants. | : |

**ORDER**

This **30th** day of December 2022, upon consideration of the Magistrate Judge's Report and Recommendation dated December 6, 2022 (D.I. 21), and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and finding that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 21) is **ADOPTED**.

2. Defendants' Motion to Dismiss (D.I. 13) is **GRANTED-IN-PART.**  Counts II, III, and IV of the complaint are dismissed without prejudice.  Plaintiffs is granted leave to amend the complaint which shall be filed no later than ten (10) days from the date of this Order.

 /s/ Richard G. Andrews
United States District Judge